

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2629-LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| LEOPOLDO GONZALEZ-HURTADO (1), ) HECTOR FRANCISCO ) VIZCAINO-MORENO (2), ) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. ) | |

The United States Attorney charges:

On or about July 11, 2008, within the Southern District of California, defendants LEOPOLDO GONZALEZ-HURTADO and HECTOR FRANCISCO VIZCAINO-MORENO, did knowingly and intentionally import 5 kilograms or more, to wit:  approximately 23.02 kilograms (50.64 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: August 7, 2008 .

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney

CEM:mg:San Diego
8/6/08