AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

AUG – 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ EF _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

HECTOR FRANCISCO
VIZCAINO-MORENO (2)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 MJ 8630
08CR2629-LAB -02

I, <u>HECTOR FRANCISCO VIZCAINO-MORENO</u>, the above named defendant, who is

accused of committing the following offense:

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United
States Code, Sections 952 and 960 and Title 18, United States Code, Section 2
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___August 7, 2008___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

Hector Vizcaino
Defendant

Counsel for Defendant

Before _____
        JUDICIAL OFFICER